IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT LOUIS HOLINESS | § | |
| VS. | § | CIVIL ACTION NO. 9:21cv263 |
| PATRICK L. O'DANIEL, ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert Louis Holiness, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983.  The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  The magistrate judge recommends that this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).  The recommendation was based on plaintiff's failure to comply with an order directing him to either pay the filing fee or submit a properly certified application to proceed *in forma pauperis*.

The Court has received and considered the Report and Recommendation, along with the record and pleadings.  No objections to the Report and Recommendation have been filed.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** as the opinion of the Court.  A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED** this the 28 day of **February, 2022.**

_____
Thad Heartfield
United States District Judge